IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMAR BAILEY,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09cv-360-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Federal Bureau of Prisons dismissing this case with prejudice for failure to state a claim upon which relief may be granted under the Administrative Procedures Act.

_Peter Oppeneer_  
Peter Oppeneer, Clerk of Court

10/6/09  
Date